# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**LeROY A. GLAZER,**

        Plaintiff,

        V.                CASE NUMBER: **05-C-130**

**EUGENE J. BROOKHOUSE,**
**EUGENE J. BROOKHOUSE, S.C.,**
**WILLIAM K. RICHARDSON,**
**FRANK PARISE,**
**BROOKHOUSE, RICHARDSON & PARISE,**
**Attorneys at Law,** and
**ANDREW R. BROOKHOUSE,**

        Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a Court trial and decisions have been rendered.

IT IS ORDERED AND ADJUDGED **that the motion of defendant Andrew R. Brookhouse for summary judgment on the ground that no basis exists for the imposition of vicarious liability against him for the "alleged negligence" asserted in the action is GRANTED. Plaintiff's claims for negligence and breach of contract are dismissed as to Andrew R. Brookhouse.**

**Plaintiff's negligence claim against defendants Eugene J. Brookhouse, Eugene J. Brookhouse, S.C., William K. Richardson, Frank Parise and Brookhouse, Richardson & Parise for legal malpractice and for breach of contract are DISMISSED.**

The defendants are awarded costs pursuant to Fed. R. Civ. P. 54(d).

This action is hereby DISMISSED.

| | |
|---|---|
| January 17, 2008 | JON W. SANFILIPPO |
| Date | Clerk |
| | |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |

Case 2:05-cv-00130-RTR   Filed 01/17/08   Page 2 of 2   Document 114